# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 14, 2018

## NO.  03-19-00263-CR

**Aaron Richard Davison, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment revoking community supervision entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment revoking community supervision requiring reversal.  However, there was error in the judgment revoking community supervision that requires correction.  Therefore, the Court modifies the trial court's judgment revoking community supervision to reflect that the "Offense for which Defendant Convicted" is "Failure to Stop and Render Aid" and that appellant's "Plea to Motion to Adjudicate" was "True."  The judgment revoking community supervision, as modified, is affirmed.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.